UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DANIEL NEGRETE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LIVE CALLS NETWORK, LLC,<br><br>Defendant. | *<br>*<br>*   Case No.: 4:25-cv-00111-SHL-HCA<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

AND NOW, Plaintiff Daniel Negrete moves this Honorable Court for an entry of default judgment against Defendant Live Calls Network, LLC in the amount of $114,000.00. Plaintiff relies on the accompanying memorandum of law, declaration of Plaintiff, and evidence contained within and affixed to the declaration in support of this motion.

Respectfully submitted,

Kimmel & Silverman, P.C.

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg
PA Attorney ID: 311908
30 E. Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888 ext. 104
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Christopher E. Roberts (*pro hac vice*)
Butsch Roberts & Associates, LLC
7777 Bonhomme Avenue, Suite 1300
Clayton (St. Louis), MO  63105
Phone: 314-863-5700
Fax: 314-863-5711

croberts@butschroberts.com

Philip A. Burian, Esq. AT0001284
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Phone: 319-366-7641
Email: pburian@spmblaw.com

Dated: October 30, 2025

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg hereby certify that a true and correct copy of the default judgment motion was electronically filed with the Clerk of Court and sent to Defendant Live Calls Network, LLC at the below address via US Mail:

Live Calls Network, LLC
10319 Westlake Dr, Bethesda
Maryland 20817

Date: October 30, 2025               */s/ Jacob U. Ginsburg*