# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Daniel Negrete

                                                        **CIVIL NUMBER:  4:25-cv-00111-SHL-HCA**

               Plaintiff(s),

v.                                           **DEFAULT JUDGMENT IN A CIVIL CASE**

Live Calls Network, LLC

               Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**:

judgment is entered in favor of Plaintiff Daniel Negrete against Defendant Live Calls Network, LLC in the amount of $114,000.00.

Date: November 18, 2025

                                                      CLERK, U.S. DISTRICT COURT

                                                    /s/ Kellie Watson
                                                    By: Deputy Clerk